IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

FILED
JAN 3 1 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

    v.

YASMEAN L. SAVAGE

Case No. 2:24mj28
Court Date: March 20, 2024

### CRIMINAL INFORMATION

#### COUNT ONE
(Misdemeanor) – Violation No. 7380253

THE UNITED STATES ATTORNEY CHARGES:

That on or about December 11, 2023, at Norfolk Naval Shipyard, Portsmouth, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, YASMEAN L. SAVAGE, did willfully violate a defense property security regulation: Chief of Naval Operations Instruction 5530.14E, to wit: Transporting and introducing a firearm onboard a United States Navy installation without proper authorization.

    (In violation of Title 50, United States Code, Section 797 and Chief of Naval Operations Instruction 5530.14E.)

#### COUNT TWO
(Petty Infraction)

THE UNITED STATES ATTORNEY CHARGES:

That on or about December 11, 2023, at Norfolk Naval Shipyard, Portsmouth, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof in the Eastern District of Virginia the defendant, YASMEAN L. SAVAGE, did fail to comply with official signs of a prohibitory, regulatory, or directory nature.

    (In violation of Title 41, Code of Federal Regulations, Section 102-74.385.)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____
Alan M. Sides
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax: (757) 441-3205
alan.sides@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____
Alan M. Sides
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax: (757) 441-3205
alan.sides@usdoj.gov

31 Jan 2024
_____
Date